PROB 12C


United States District Court
Southern District of Texas
ENTERED
JAN - 9 2006
Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Jose Arnaldo Ramos<br>Alias: Jose Arnoldo Vasquez Ramos | Case Number: | 5:03CR01921-001 |

Name of Sentencing Judge:   The Honorable Ivan L. R. Lemelle

Date of Original Sentence:   May 20, 2004

Original Offense: Possession with intent to distribute a quantity less than 50 kilograms of marihuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)

Original Sentence: 24 months imprisonment, 3 years supervised release, if deported, the defendant is not to re-enter the United States illegally, and $100 assessment fee

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Supervision Started: | November 2, 2005 |
| Assistant U.S. Attorney: | Graciela Rodriguez | Defense Attorney: | Marco Montemayor |

## EARLIER COURT ACTION

None

## PETITIONING THE COURT

<u>TO ISSUE A WARRANT</u> for defendant located in U.S. Marshal's custody Laredo, Texas.

The probation officer believes that the offender has violated the following conditions of supervision:

<u>Violation Number</u>   <u>Nature of Noncompliance</u>

1   NEW LAW VIOLATION: RE-ENTRY OF A DEPORTED ALIEN (FELONY)

2   VIOLATION OF SPECIAL CONDITION ORDERING DEFENDANT NOT TO RETURN TO THE UNITED STATES ILLEGALLY

Criminal Complaint 5:05-MJ-02793-001 reads that on or about November 7, 2005 in Laredo, Texas, Webb County, in the Southern District of Texas, Jose Arnoldo Vasquez Ramos, a Mexican alien, who has previously been deported or has departed the United States while an order of deportation is outstanding was thereafter found in the United Sates near Laredo, Texas the said defendant having not obtained the consent of the Attorney General of the United States or of the Secretary of the Department of Homeland Security for re-application by the said defendant for admission into the United States, in violation of 8 U.S.C. § 1326 and 6 U.S.C. § 202, 557. Disposition of this case is pending.

The defendant violated the special condition by re-entering the United States on or about November 7, 2005, as reflected on Criminal Complaint 5:05-MJ-02793-001.

U.S. Probation Officer Recommendation: It is respectfully recommended that a Warrant be issued with no bond set. Additionally, that the term of supervised release be tolled effective the date that the Warrant is issued and that the issue of supervised release violation be addressed at the time of disposition of Criminal Number 5:05-MJ-02793-001.

[ X ]   The term of supervision should be
    [ X ]   revoked.
    [ ]   extended for years, for a total term of years.

[ ]   The conditions of supervision should be modified:

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:

_Peter Medellin, Supervising_
U.S. Probation Officer

by

Respectfully submitted:

_Sara A. Hinojosa_
Sr. U.S. Probation Officer
December 29, 2005

---

THE COURT ORDERS:

[✓]   The Issuance of a Warrant, and no bond set. Additionally, that the term of supervised release be tolled effective the date of the Warrant and that the issue of supervised release violation be addressed at the time of disposition of case currently known as Criminal Complaint 5:05-MJ-02793-001.

[ ]   Other _____

U.S. MARSHAL'S OFFICE
BY: _____
DATE: 1/9/06
TIME: 8:36

_Micaela Alvarez_
U.S. District Judge

Jan 4 2006
Date